UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:17-cr-23-3 |
| ) | |
| v. ) | District Judge Curtis L. Collier |
| ) | |
| TERI WELBORN ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 239) recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One of the thirteen-count Superseding Indictment; (2) accept Defendant's guilty plea to Count One of the thirteen-count Superseding Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine in violation of Title 21, United States Code §§ 841(a)(1), 841(b)(1)(A) and 846; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 16) until further Order of this Court or sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 239) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea as to Count One of the thirteen-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the thirteen-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine in violation of Title 21, United States Code §§ 841(a)(1), 841(b)(1)(A) and 846;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 16) until further Order of this Court or sentencing in this matter which is scheduled to take place on May 23, 2018, at 2:00 p.m. before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**